UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MAGISTRATE'S COURTROOM MINUTES**

UNITED STATES OF AMERICA

v.

THOMAS NICHOLAS SALZANO

MAGISTRATE JUDGE: LEDA D. WETTRE

MAGISTRATE NO.: 2:21-MJ-13062
DATE OF PROCEEDINGS: 3/4/2021

DATE OF ARREST: 3/4/2021

PROCEEDINGS: Initial Appearance

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD ___ CJA
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
(X) BRADY FORM EXECUTED
( ) FINANCIAL AFFIDAVIT EXECUTED
(X) DEFENDANT CONSENTS TO VIDEO CONFERENCE

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $100,000
(X) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED NJ
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

(X) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___ COURT ___ JURY
( ) SENTENCING
( ) OTHER: ___

DATE: 3/18/2021 at 11:30 am
DATE:
DATE:
DATE:
DATE:

APPEARANCES:

AUSA Jonathan Fayer, AUSA

DEFT. COUNSEL Jeffrey Harris, Retained

PROBATION ___

INTERPRETER ___
Language: ( )

Time Commenced: 6:10 pm
Time Terminated: 6:35 pm
CD No: Zoom

*Kimberly Darling*
DEPUTY CLERK