AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  Mag No 21-13062 |
| Thomas Nicholas Salzano | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise ^not^ authorized to practice in this court, and I appear in this case as counsel for:

Thomas Nicholas Salzano

Date:   03/04/2021

s/ Jeffrey Harris
*Attorney's signature*

Jeffrey Harris
*Printed name and bar number*

Rubin, Winston, Diercks, Harris & Cooke
1250 Connecticut Ave, NW
Suite 700
Washington, DC 20036
*Address*

jharris@rwdhc.com
*E-mail address*

202 861 0870
*Telephone number*

202 8880119
*FAX number*