# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda D. Wettre |
| | : | |
| v. | : | Mag. No. 21-13062 |
| | : | |
| THOMAS NICHOLAS SALZANO | : | |
| a/k/a "Nick Salzano" | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jonathan Fayer and Lauren E. Repole, Assistant United States Attorneys), and defendant Thomas Nicholas Salzano (by Jeffrey Harris, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including July 29, 2022 to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant, through his attorney, having consented to the continuance; and this being the sixth request for a continuance in this matter, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel requires additional time to examine the pleadings and gather facts, especially in light of the ongoing COVID-19 pandemic;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this __26__ day of April, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including July 29, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including July 29, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JUDGE LEDA D. WETTRE
United States Magistrate Judge

Form and entry consented to:

/s Jeffrey Harris, Esq.
_____
Jeffrey Harris, Esq.
Counsel for Thomas Nicholas Salzano

/s Jonathan Fayer
_____
Jonathan Fayer
Lauren E. Repole
Assistant U.S. Attorneys